**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Misael VERGARA–GONZALEZ,
Defendant–Appellant.**

**No. 04–41750.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Juan Misael Vergara–Gonzalez, Pecos, TX, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender, appointed to represent Juan Misael Vergara–Gonzalez (Vergara–Gonzalez) on appeal, has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vergara–Gonzalez has not filed a response to counsel's motion. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.